UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARL RAY ROBINSON,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:13-cv-00700-CLS-HGD |
| **JEFFERSON COUNTY JAIL OFFICIAL, et al.,** | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on May 20, 2014, recommending that the federal claims in this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The magistrate judge further recommended that any state law claims asserted in the complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). Although the plaintiff was advised of his right to file specific written objections within fourteen (14) days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Therefore, in accordance with 28 U.S.C.

§ 1915A(b)(1), the federal claims in this action are due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.  Additionally, any state law claims asserted in the complaint are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).  A Final Judgment will be entered contemporaneously herewith.

      DONE this 12th day of June, 2014.

                                                             /s/ Lynwood Smith
                                     United States District Judge